No. 82–5051.  JUDD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–5052.  BAMOND ET AL. v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir. Certiorari denied.

No. 82–5054.  ORTIZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 82–5055.  MORALES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–5056.  ANTONELLI v. LIPPMAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–5057.  FIELDS v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 82–5058.  BLAIR v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 82–5060.  S. D. S. v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 82–5061.  WOJIE v. HUTSON ET AL.  C. A. 3d Cir. Certiorari denied.

No. 82–5062.  HUSSEIN ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–5063.  DECKER, ADMINISTRATOR v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–5065.  MAYES v. ROSE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 82–5066.  DANCE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.